No. 16-40701 and 16-40702


IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

WILLIAM CHANCE WALLACE,
Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas, Victoria Division
CA No.: 6:15-CR-00030 and 6:15-CR-00057
_____

RECORD EXCERPTS
_____


Mr. Micah W. Hatley
302 W. Forrest Street
Victoria, Texas 77901
(361) 578-2800 (Telephone)
(361) 578-2801 (Telecopier)

## RECORD EXCERPTS

### Contents

Record Cite

**6:15-CR-00030**

1.  Docket sheet for 6:15-CR-00030 .................................. ROA.16.4071.1-12

2.  Indictment ................................................................. ROA.16-40701.28-30

3.  Superceding Indictment ............................................. ROA.16-40701.40-41

4.  Second Superceding Indictment ............................. ROA.16-40701.106-108

5.  Order Memorandum Opinion .................................. ROA.16-40701.113-119

6.  Judgment................................................................ROA.16-40701.128-133

7.  Notice of Appeal...............................................................ROA.16-40701.127

**6:15-CR-00057**

8.  Docket sheet for 6:15-CR-00057) .....................................ROA.16-40702.1-7

9.  Indictment ........................................................................ ROA.16-40702.14

10.  Judgment.....................................................................ROA.16-40702.30-35

11.  Notice of Appeal................................................................ .ROA.16-40702.37

## **CERTIFICATE OF SERVICE**

This is to certify that on October 6, 2016, a true and correct copy of

the foregoing record excerpts was electronically filed with the Clerk of  the

Court using the CM/ECF System, which will transmit notification to all

CM/ECF participants in this case.


_____/s/ MICAH HATLEY_
Micah W. Hatley

RECORD EXCERPT 1

APPEAL,APPEAL_NAT,CLOSED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Victoria)
# CRIMINAL DOCKET FOR CASE #: 6:15-cr-00030-1
# Internal Use Only

Case title: USA v. Wallace
Magistrate judge case number: 6:15-mj-00026

Date Filed: 06/18/2015
Date Terminated: 05/18/2016

Assigned to: Judge John D. Rainey

### Defendant (1)

**William Chance Wallace**
*TERMINATED: 05/18/2016*

represented by **Francisco Morales**
Federal Public Defender
606 N Carancahua
Suite 401
Corpus Christi, Tx 78401-0697
361-888-3532
Email: francisco_morales@fd.org
*TERMINATED: 05/28/2015*
*LEAD ATTORNEY*
*Designation: Public Defender or Community Defender Appointment*

**Micah Wayne Hatley**
The Hatley Law Firm
P.O. Box 2113
302 W. Forrest St.
Victoria, TX 77902-2113
361-676-0566
Fax: (361) 597-3167
Email: hatleymw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert Armand Berg**
Attorney at Law
302 Rosebud Ave.
Corpus Christi, TX 78404
361-813-3473
Fax: 361-814-1099
Email: rberglaw@yahoo.com
*TERMINATED: 06/29/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |

UNLAWFUL TRANSPORT OF
FIREARMS, ETC.
(1)

UNLAWFUL TRANSPORT OF
FIREARMS, ETC.
(1s)

UNLAWFUL TRANSPORT OF     To serve 180 months in custody of BOP to run
FIREARMS, ETC.            concurrently to sentence imposed in 6:15cr57, followed
(1ss)                     by 3 years SRT to run concurrently with SRT in
                          6:15cr57. No fine imposed; $100 special assessment.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |

18:922G.F - UNLAWFUL
TRANSPORT OF FIREARMS,
ETC.

---

**Plaintiff**

USA                                represented by **Appellate Division**
                                                 U.S. Attorney's Office
                                                 Southern District of Texas
                                                 1000 Louisiana, Ste 2300
                                                 Houston, TX 77002
                                                 Email: usatxs.appellate@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

                                                 **Patricia Hubert Booth**
                                                 United States Attorneys Office
                                                 800 N Shoreline
                                                 Ste 500
                                                 Corpus Christi, TX 78401

**16-40701.2**

361-888-3111
Fax: 361-888-3200
Email: Patti.Booth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - V**
312 S Main
Room 326
Victoria, TX 77901
361-578-4932
Fax: 361-576-0065
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401
361-888-3411
Fax: 361-888-3419 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - V**
312 S Main
Rm 302
Victoria, TX 77901
361-579-6640
Fax: 361-579-0330 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2015 | 1 (p.13) | COMPLAINT as to William Chance Wallace (1), filed. (arodriguez, 2) (Additional attachment(s) added on 5/13/2015: # 1 (p.13) Affidavit) (arodriguez, 2). [6:15-mj-00026] (Entered: 05/15/2015) |
| 05/18/2015 | 2 (p.17) | |

| | | Application for Writ of Habeas Corpus ad Prosequendum in case as to William Chance Wallace , filed. (Attachments: # 1 (p.13) Supplement Writ)(Booth, Patricia) [6:15-mj-00026] (Entered: 05/18/2015) |
|---|---|---|
| 05/19/2015 | 3 (p.21) | Writ of Habeas Corpus ad Prosequendum Issued as to William Chance Wallace for Initial Appearance on 05/22/2015 at 2:00p.m. ( Signed by Judge Magistrate Judge B. Janice Ellington), filed. (arodriguez, 2) [6:15-mj-00026] (Entered: 05/19/2015) |
| 05/22/2015 | | Minute Entry for proceedings held before Magistrate Judge B. Janice Ellington: INITIAL APPEARANCE as to William Chance Wallace, (Deft informed of rights) held on 5/22/2015. Defendant requests appointed counsel. Financial Affidavit executed. Govt moves for detention based on risk of flight and danger to the community. Pretrial services to look into bond issues. Preliminary Examination & Detention Hearing set for 5/28/2015 at 09:00 AM before Magistrate Judge B. Janice Ellington. Appearances:AUSA: Hugo Martinez; USPTO: Arturo Sanchez; USM: Wade Ujhely, Stephen Carnevale, Robin Richards.(Digital # 9:20:02 - 9:26:04)(ERO:Judy Alvarez) (Interpreter:not needed) Deft remanded to custody, filed.(dperez, 2) [6:15-mj-00026] (Entered: 05/22/2015) |
| 05/22/2015 | 4 (p.380) | Sealed Financial Affidavit CJA 23 by William Chance Wallace, filed. [6:15-mj-00026] (Entered: 05/22/2015) |
| 05/22/2015 | 5 (p.23) | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Federal Public Defender - Corpus Christi for William Chance Wallace. Preliminary hearing set for 5/28/2015 at 9:00am. (Signed by Magistrate Judge B. Janice Ellington.) Parties notified. (yhausmann, 6) [6:15-mj-00026] (Entered: 05/22/2015) |
| 05/26/2015 | | NOTICE OF ATTORNEY APPEARANCE Francisco Morales, Federal Public Defender, in case as to William Chance Wallace, filed.(Morales, Francisco) [6:15-mj-00026] (Entered: 05/26/2015) |
| 05/28/2015 | 6 (p.24) | ORDER APPOINTING COUNSEL. Robert A. Berg appointed for William Chance Wallace. FPD appointment terminated. Preliminary hearing set for 5/28/2015 at 9:00am. (Signed by Magistrate Judge B. Janice Ellington.) Parties notified. (yhausmann, 6) [6:15-mj-00026] (Entered: 05/28/2015) |
| 05/28/2015 | | Minute Entry for proceedings held before Magistrate Judge B. Janice Ellington: PRELIMINARY EXAMINATION & DETENTION HEARING as to William Chance Wallace held on 5/28/2015. Atty Frank Morales first appeared for defendant and moved to withdraw due to conflict of interest; granted. Atty Robert Berg appointed to represent deft. Recess. Resume. Both hearings waived in open court. Appearances:AUSA: Chad Cowan; USPTO: Eloy Rivas; USM: Ben Ward, Wade Ujhely, Don Mihelich. Robert Armand Berg.(Digital # 9:17:00 - 9:20:01; 9:39:10 - 9:40:24)(ERO:Sylvia Lopez) (Interpreter:not needed) Deft remanded to custody, filed.(dperez, 2) [6:15-mj-00026] (Entered: 05/28/2015) |
| 05/28/2015 | 7 (p.25) | ORDER OF DETENTION PENDING TRIAL as to William Chance Wallace. (Signed by Magistrate Judge B. Janice Ellington.) Parties notified. (yhausmann, 6) [6:15-mj-00026] (Entered: 05/29/2015) |
| 05/28/2015 | 8 (p.26) | CJA 20 as to William Chance Wallace. Attorney Robert Berg appointed. ( Signed by Magistrate Judge B. Janice Ellington) Parties notified. (hledwig, 6) [6:15-mj-00026] (Entered: 06/04/2015) |
| 06/18/2015 | 9 (p.28) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to William Chance Wallace (1), |

| | | Count 1. (yhausmann, 6) (Entered: 06/18/2015) |
|---|---|---|
| 06/18/2015 | 10 (p.30) | US Attys Criminal Docket Sheet as to William Chance Wallace. (yhausmann, 6) (Entered: 06/18/2015) |
| 06/19/2015 | | ***SET HEARINGS as to William Chance Wallace: Arraignment set for 6/23/2015 at 09:00 AM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) (Entered: 06/19/2015) |
| 06/23/2015 | | ***RESET HEARINGS as to William Chance Wallace: Arraignment set for 6/26/2015 at 09:00 AM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) (Entered: 06/23/2015) |
| 06/26/2015 | | Minute Entry for proceedings held before Magistrate Judge Jason B. Libby: ARRAIGNMENT as to William Chance Wallace (1) Count 1 held on 6/26/2015. Not Guilty on 1. Attorney Micah Hatley appeared and orally moved to substitute as counsel. No objection by Gvmt. Court orally grants motion; directs counsel to file motion/proposed order. Robert Berg is excused. Appearances:AUSA: Julie Hampton; USM: Steven Carnevale, Silas Zimmerman; and Robert Armand Berg.(Digital # 9:11:21 - 9:1523)(ERO: Linda Rivera) (Interpreter: Not Used) Deft remanded to Custody, filed.(arodriguez, 2) (Entered: 06/26/2015) |
| 06/26/2015 | 11 (p.31) | Unopposed MOTION to Substitute Attorney Micah Wayne Hatley *for Robert Berg* by William Chance Wallace, filed. (Hatley, Micah) (Entered: 06/26/2015) |
| 06/26/2015 | 12 (p.34) | SCHEDULING ORDER as to William Chance Wallace. Dispositive Motion Filing due by 7/13/2015. Motion Filing due by 7/13/2015. Responses due by 7/23/2015. Pretrial Conference set for 8/3/2015 at 10:00 AM before Judge John D. Rainey Proposed Voir Dire due by 8/7/2015. Jury Selection set for 8/10/2015 at 09:30AM before Judge John D. Rainey Jury Trial set for 8/10/2015 at 09:30 AM before Judge John D. Rainey ( Signed by Magistrate Judge Jason B. Libby) Parties notified. (srussell, 2) (Entered: 06/29/2015) |
| 06/29/2015 | | Attorney update in case as to William Chance Wallace. (hledwig, 6) (Entered: 06/29/2015) |
| 06/29/2015 | 13 (p.36) | ORDER granting 11 (p.31) Motion to Substitute Attorney as to William Chance Wallace (1).(Signed by Judge John D. Rainey.) Parties notified.(hledwig, 6) (Entered: 06/29/2015) |
| 07/03/2015 | 14 (p.37) | MOTION for Hearing *to Set Bond* by William Chance Wallace, filed. (Hatley, Micah) (Entered: 07/03/2015) |
| 07/13/2015 | | (Court only) MOTIONS as to William Chance Wallace REFERRED to Magistrate Judge Magistrate Judge: 14 (p.37) MOTION for Hearing *to Set Bond*. Parties Notified. (smarthiljohni, 6) (Entered: 07/13/2015) |
| 07/14/2015 | 15 (p.39) | NOTICE OF SETTING as to William Chance Wallace - regarding 14 (p.37) MOTION for Hearing *to Set Bond*. Motion Hearing set for 7/16/2015 at 02:30 PM before Magistrate Judge B. Janice Ellington, filed. (dperez, 2) (Entered: 07/14/2015) |
| 07/16/2015 | 16 (p.40) | SUPERSEDING INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to William Chance Wallace (1), Count 1s. (yhausmann, 6) (Entered: 07/16/2015) |
| 07/16/2015 | 17 (p.42) | US Attys Criminal Docket Sheet as to William Chance Wallace. (yhausmann, 6) (Entered: 07/16/2015) |

| 07/16/2015 | | Minute Entry for proceedings held before Magistrate Judge B. Janice Ellington: MOTION HEARING as to William Chance Wallace held on 7/16/2015. Testimony of David Taylor. Govt Exh 1 offered and admitted. Testimony of Francis Jones. Argument on bond. Pretrial to file report. Court denies bond. Appearances:AUSA: Sam Brown; USPTO: Eloy Rivas; USM: Stephen Carnevale. Micah Wayne Hatley.(Digital # 2:22:00 - 2:53:24)(ERO:Genay Rogan) (Interpreter:not needed) Deft remanded to custody, filed.(dperez, 2) (Entered: 07/16/2015) |
|---|---|---|
| 07/16/2015 | 18 (p.43) | MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL as to William Chance Wallace. (Signed by Magistrate Judge B. Janice Ellington.) Parties notified. (yhausmann, 6) (Entered: 07/16/2015) |
| 07/16/2015 | 19 (p.45) | EXHIBIT LIST by USA as to William Chance Wallace, filed. (lcayce, 2) (Entered: 07/16/2015) |
| 07/16/2015 | 70 (p.321) | Hearing Exhibits as to William Chance Wallace. Attached documents may be viewed in the Office of the Clerk., filed. (Attachments: # 1 (p.13) Ex 1)(jmarks, 2) (Entered: 07/25/2016) |
| 07/17/2015 | 20 (p.46) | NOTICE OF SETTING as to William Chance Wallace. Arraignment set for 7/22/2015 at 09:00 AM before Magistrate Judge B. Janice Ellington, filed. (dperez, 2) (Entered: 07/17/2015) |
| 07/22/2015 | | Minute Entry for proceedings held before Magistrate Judge B. Janice Ellington: ARRAIGNMENT as to William Chance Wallace (1) Count 1s held on 7/22/2015. Not Guilty on 1s. Appearances:AUSA: Julie Hampton; USM: Steven Carnevale, Scott Ostreicher. Micah Wayne Hatley.(Digital # 3:37:21 - 3:41:14)(ERO:Judy Alvarez) (Interpreter:not needed) Deft remanded to custody, filed.(dperez, 2) (Entered: 07/22/2015) |
| 07/22/2015 | 21 (p.47) | SCHEDULING ORDER as to William Chance Wallace. Dispositive Motion Filing due by 7/13/2015. Responses due by 7/23/2015. Pretrial Conference set for 8/3/2015 at 10:00 AM before Judge John D. Rainey Proposed Voir Dire due by 8/7/2015. Jury Selection set for 8/10/2015 at 09:30AM before Judge John D. Rainey Jury Trial set for 8/10/2015 at 09:30 AM before Judge John D. Rainey Non-Dispositive Motion Filing due by 7/13/2015. ( Signed by Magistrate Judge B. Janice Ellington) Parties notified. (amireles, 2) (Entered: 07/23/2015) |
| 07/27/2015 | 22 (p.381) | Pretrial Services Report (Sealed) as to William Chance Wallace, filed. (varriaga, 2) (Entered: 07/27/2015) |
| 07/31/2015 | 23 (p.49) | NOTICE OF RESETTING as to William Chance Wallace. Pretrial Conference set for 8/3/2015 at 11:00 AM in 4th Floor Courtroom before Judge John D. Rainey, filed. Time Only. Parties Notified. (smarthiljohni, 6) (Entered: 07/31/2015) |
| 08/02/2015 | 24 (p.50) | First MOTION for Discovery by William Chance Wallace, filed. (Hatley, Micah) (Entered: 08/02/2015) |
| 08/03/2015 | 25 (p.53) | ORDER FOLLOWING CONFERENCE as to William Chance Wallace. PTC held. Defendant requested a continuance. The motion is granted. A separate order will be entered. Appearances: Patricia Hubert Booth, Micah Wayne Hatley. ( Signed by Judge John D. Rainey) Parties notified. (hledwig, 6) (Entered: 08/03/2015) |
| 08/05/2015 | 26 (p.54) | PROPOSED ORDER as to William Chance Wallace, filed.(Booth, Patricia) (Entered: 08/05/2015) |

| | | |
|---|---|---|
| 08/05/2015 | 27 (p.55) | NOTICE OF SETTING as to William Chance Wallace. The Court Grants the defenadnt's oral motion for a bond reconsideration hearing. Bond Hearing set for 8/12/2015 at 02:00 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6) (Entered: 08/05/2015) |
| 08/05/2015 | 28 (p.56) | ORDER TO CONTINUE - Interest of Justice as to William Chance Wallace. Pretrial Conference set for 9/28/2015 at 10:30 AM before Judge John D. Rainey. (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 08/05/2015) |
| 08/07/2015 | | (Court only) ***Motions terminated as to William Chance Wallace re: 14 (p.37) MOTION for Hearing *to Set Bond* filed by William Chance Wallace. (dperez, 2) (Entered: 08/07/2015) |
| 08/11/2015 | 29 (p.57) | Opposed MOTION to Suppress Evidence by William Chance Wallace, filed. (Hatley, Micah) (Entered: 08/11/2015) |
| 08/12/2015 | | Minute Entry for proceedings held before Judge John D. Rainey: HEARING as to William Chance Wallace held on 8/12/2015 re: Deft's request to reconsider Magistrate Judge's denial of bond. Discussion held. A brief recess was taken. Atty Micah Hatley announced that the bond hearing was being WAIVED. Deft remanded to custody.Appearances: Patricia Hubert Booth, Micah Wayne Hatley.(Digital # Time set: 2:00 p.m.; 2:00 - 2:06 p.m., 2:35 - 2:38 p.m.)(ERO:H. Ledwig) (ltesch, 6) (Entered: 08/12/2015) |
| 08/12/2015 | 30 (p.64) | ORDER FOLLOWING CONFERENCE as to William Chance Wallace. A Pretrial Conference was held to discuss the Motion to Suppress filed by the Defendant. The Government should respond to the Motion by September 4, 2015. A hearing on the Motion to Suppress is scheduled for September 15, 2015 at 1:30pm. Appearances: Patricia Hubert Booth, Micah Wayne Hatley. (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 08/13/2015) |
| 08/12/2015 | | ***Set/Reset Hearings as to William Chance Wallace: Motion Hearing set for 9/15/2015 at 01:30 PM before Judge John D. Rainey. (yhausmann, 6) (Entered: 08/13/2015) |
| 08/26/2015 | 31 (p.65) | NOTICE OF RESETTING as to William Chance Wallace. Due to a request from the parties, the Suppression Hearing is reset for 9/16/2015 at 03:00 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6) (Entered: 08/26/2015) |
| 09/04/2015 | 32 (p.66) | RESPONSE by USA as to William Chance Wallace *Motion to Suppress and Exclude Evidence*, filed. (Attachments: # 1 (p.13) Exhibit, # 2 (p.17) Exhibit)(Booth, Patricia) (Entered: 09/04/2015) |
| 09/15/2015 | 33 (p.75) | Unopposed MOTION to Continue Motion to Suppress and all other deadlines by William Chance Wallace, filed. (Hatley, Micah) (Entered: 09/15/2015) |
| 09/16/2015 | 34 (p.78) | ORDER TO CONTINUE - Interest of Justice as to William Chance Wallace. Deft's 33 (p.75) Unopposed Motion for Continuance is Granted. Suppression Hearing set for 11/4/2015 at 01:30 PM before Judge John D. Rainey. (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 09/16/2015) |
| 10/13/2015 | | Minute Entry for proceedings held before Judge John D. Rainey: PRETRIAL CONFERENCE as to William Chance Wallace held on 10/13/2015. Defense counsel motioned for the Court to order disclosure of information in pen register. The Court Orders the government to disclose the information. Suppression Hearing set for |

| | | 11/3/2015 at 03:00 PM in 4th Floor Courtroom before Judge John D. Rainey. Deft not present. Appearances: Patricia Hubert Booth, Micah Wayne Hatley.(Court Reporter: J. Sanchez)(Time Set: 2:27pm; 2:27-2:30) (smarthiljohni, 6) (Entered: 10/13/2015) |
|---|---|---|
| 10/20/2015 | 35 (p.79) | Unopposed MOTION to Continue Motion to Suppress by William Chance Wallace, filed. (Hatley, Micah) (Entered: 10/20/2015) |
| 10/22/2015 | 36 (p.82) | ORDER granting 35 (p.79) Motion to Continue as to William Chance Wallace (1). Suppression Hearing set for 12/2/2015 at 10:00 AM before Judge John D. Rainey. (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 10/22/2015) |
| 11/11/2015 | 37 (p.83) | Amended MOTION to Suppress Evidence by William Chance Wallace, filed. (Hatley, Micah) (Entered: 11/11/2015) |
| 11/27/2015 | 38 (p.93) | RESPONSE to Motion by USA as to William Chance Wallace re 37 (p.83) Amended MOTION to Suppress Evidence , filed.(Booth, Patricia) (Entered: 11/27/2015) |
| 12/01/2015 | 39 (p.98) | NOTICE OF RESETTING as to William Chance Wallace. Suppression Hearing set for 12/21/2015 at 01:30 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6) (Entered: 12/01/2015) |
| 12/18/2015 | 40 (p.99) | MEMORANDUM in Support by William Chance Wallace re 37 (p.83) Amended MOTION to Suppress Evidence , filed.(Hatley, Micah) (Entered: 12/18/2015) |
| 12/21/2015 | | Minute Entry for proceedings held before Judge John D. Rainey: MOTION HEARING (Dkt. No. 29, motion to suppress evidence and Dkt. No.37 Amended motion to suppress evidence) as to William Chance Wallace held on 12/21/2015. Witness testimony from Shawn Hallett, and Jose Rodriguez. Government's exhibits #1-4 are admitted. Exhibits #2 and #3 are ordered sealed. The Court will consider the arguments presented, and will issue a ruling in the near future. This case is set for a pretrial conference on 2/1/2016 at 10:20am.Deft is remanded to custody. Appearances: Patricia Hubert Booth, Micah Wayne Hatley, and Edward Wilkinson.(Time Set: 1:30pm; 1:38-3:08pm)(ERO:H. Ledwig) (smarthiljohni, 6) (Entered: 12/21/2015) |
| 12/21/2015 | 41 (p.262) | EXHIBIT LIST by USA as to William Chance Wallace, filed. (smarthiljohni, 6) (Additional attachment(s) added on 12/22/2015: # 1 (p.13) Exhibit 1, # 2 (p.17) Exhibit 2, # 3 (p.21) Exhibit 3, # 4 (p.380) Exhibit 4) (hledwig, 6). (Entered: 12/21/2015) |
| 12/21/2015 | 42 (p.386) | WITNESS LIST by USA as to William Chance Wallace, filed. (smarthiljohni, 6) (Entered: 12/21/2015) |
| 12/30/2015 | 43 (p.106) | SUPERSEDING INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to William Chance Wallace (1), Count 1ss. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/30/2015 | 44 (p.109) | US Attys Criminal Docket Sheet as to William Chance Wallace. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/31/2015 | | ***SET HEARINGS as to William Chance Wallace: Arraignment set for 1/8/2016 at 02:30 PM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) (Entered: 12/31/2015) |
| 01/08/2016 | | Minute Entry for proceedings held before Magistrate Judge Jason B. Libby: ARRAIGNMENT as to William Chance Wallace (1) Count 1ss held on 1/8/2016. Not |

| | | Guilty on 1ss. Appearances: AUSA Amanda Gould. Micah Wayne Hatley. USM-Robin Richards; Ben Word. (Digital # 2:41:19-2:45:44)(ERO:frenchie carbia) (Interpreter:not used) Deft remanded to custody, filed.(kbledsoe, 2) (Entered: 01/11/2016) |
|---|---|---|
| 01/08/2016 | 45 (p.110) | SCHEDULING ORDER as to William Chance Wallace. Pretrial Conference set for 2/1/2016 at 10:20 AM before Judge John D. Rainey. Proposed voir dire and charge to be filed by: to be determined. Jury selection and Trial set for: to be determined. ( Signed by Magistrate Judge Jason B. Libby) Parties notified. (legarza, 2) (Entered: 01/11/2016) |
| 01/28/2016 | 46 (p.112) | NOTICE OF RESETTING as to William Chance Wallace. Pretrial Conference set for 2/1/2016 at 10:20 AM in 4th Floor Courtroom before Judge John D. Rainey, filed. Courtesy Reminder. Parties Notified. (smarthiljohni, 6) (Entered: 01/28/2016) |
| 02/01/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: PRETRIAL CONFERENCE as to William Chance Wallace held on 2/1/2016. Deft requested a continuance. Pretrial Conference set for 2/29/2016 at 11:00 AM before Judge John D. Rainey. Motions due by 2/15/2016. Deft remanded to custody. Appearances: Patricia Hubert Booth, Micah Wayne Hatley, Edward Wilkinson. (Court Reporter: L. Wells)(Time set: 11:30am; 12:07-12:20pm) (yhausmann, 6) (Entered: 02/01/2016) |
| 02/01/2016 | 47 (p.113) | MEMORANDUM OPINION AND ORDER. Defendant's 29 (p.57) Opposed Motion to Suppress Evidence and 37 (p.83) First Amended Motion to Suppress Evidence are Denied. (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 02/02/2016) |
| 02/03/2016 | 48 (p.120) | NOTICE OF RESETTING as to William Chance Wallace. Due to a request by the parties, the Re-Arraignment is set for 2/10/2016 at 01:00 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6). Modified on 2/5/2016 (smarthiljohni, 6). (Entered: 02/03/2016) |
| 02/10/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: RE-ARRAIGNMENT held on 2/10/2016. William Chance Wallace (1), Deft entered a plea of Guilty as to Count 1ss. Conditional written plea agreement with a waiver of right to appeal, deft maintains the right to appeal the ruling on motion to suppress. Government's exhibits #1-6 are admitted. Sentencing is set for 5/2/2016 at 2:30pm. Deft is remanded to custody.Appearances: Patricia Hubert Booth, Micah Wayne Hatley.(Time Set: 1:00pm; 1:10-1:18; 1:47-2:18pm)(ERO:H. Ledwig) (smarthiljohni, 6) (Entered: 02/11/2016) |
| 02/10/2016 | 49 (p.121) | MEMORANDUM OF PLEA AGREEMENT as to William Chance Wallace, filed. (smarthiljohni, 6) (Entered: 02/11/2016) |
| 02/10/2016 | 50 (p.126) | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to William Chance Wallace. PSI Completion due by 3/24/2016; Objection to PSI due by 4/7/2016 ; Final PSI due by 4/21/2016; Sentencing set for 5/2/2016 at 02:30 PM in 4th Floor Courtroom before Judge John D. Rainey. ( Signed by Judge John D. Rainey) Parties notified. (smarthiljohni, 6) (Entered: 02/11/2016) |
| 02/10/2016 | 51 (p.266) | EXHIBIT LIST by USA as to William Chance Wallace, filed. (smarthiljohni, 6) (Additional attachment(s) added on 2/12/2016: # 1 (p.13) Exhibit Gov Ex#1, # 2 (p.17) Exhibit Gov Ex #2, # 3 (p.21) Exhibit Gov Ex #3, # 4 (p.380) Exhibit Gov Ex #4, # 5 (p.23) Exhibit Gov Ex #5, # 6 (p.24) Exhibit Gov Ex #6) (smarthiljohni, 6). (Entered: 02/12/2016) |

| 04/21/2016 | 52 (p.352) | Final Presentence Investigation Report (Sealed) as to William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
|---|---|---|
| 04/21/2016 | 53 (p.375) | Sealed Addendum to 52 (p.352) Final Presentence Investigation Report (Sealed) as to William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
| 04/21/2016 | 54 (p.390) | Confidential Sentencing Recommendation(Sealed) regarding William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
| 05/03/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: SENTENCING held on 5/3/2016 for William Chance Wallace (1). No objections to PSI. Count 1ss: To serve 180 months in custody of BOP to run concurrently to sentence imposed in 6:15cr57, followed by 3 years SRT to run concurrently with SRT in 6:15cr57. Record reflects the sentence in this case will run concurrent to any state case, not involving a shooting. Standard conditions apply. Special conditions as to drug/alcohol treatment, drug surveillance/testing, obtain HS diploma equivalent. Forfeiture of weapons to the U.S. Government. No fine imposed; $100 special assessment. Court recommends placement in the Three Rivers facility. Deft admonished as to right to appeal the ruling on the suppression hearing. Appearances: Patricia Hubert Booth, US Probation - T. Cruz, Micah Wayne Hatley, Edward Wilkinson.(Court Reporter: M. Malone)(Time set: 10:45 a.m.; 10:41-10:55 a.m.) Deft remanded to custody.(hledwig, 6) (Entered: 05/03/2016) |
| 05/17/2016 | 55 (p.127) | NOTICE OF APPEAL to US Court of Appeals for the 5th Circuit by William Chance Wallace,filed.(Hatley, Micah) (Entered: 05/17/2016) |
| 05/18/2016 | 56 (p.128) | JUDGMENT as to William Chance Wallace. (Signed by Judge John D Rainey.) Parties notified. (yhausmann, 6) (Entered: 05/20/2016) |
| 05/18/2016 | 57 (p.376) | Statement of Reasons (Sealed) as to William Chance Wallace. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 05/20/2016) |
| 05/18/2016 | | (Court only) ***Case Terminated as to William Chance Wallace. (yhausmann, 6) (Entered: 05/20/2016) |
| 05/18/2016 | | Notice of Assignment of USCA No. 16-40701 as to William Chance Wallace re: 55 (p.127) Notice of Appeal - Judgment and Sentence.(hledwig, 6) (Entered: 05/26/2016) |
| 05/23/2016 | 58 (p.134) | Clerks Notice of Filing of an Appeal as to William Chance Wallace. There are no appeal-related motions pending in the District Court re: 55 (p.127) Notice of Appeal - Judgment and Sentence. Fee status: IFP. Reporters: ERO; M. Malone, L. Wells, J. Sanchez. (Attachments: # 1 (p.13) Notice of Appeal, # 2 (p.17) Judgment, # 3 (p.21) docket sheet) (yhausmann, 6) (Entered: 05/23/2016) |
| 05/23/2016 | | Appeal Review Notes as to William Chance Wallace re: 55 (p.127) Notice of Appeal - Judgment and Sentence. Fee status: IFP. The appeal filing fee has been paid or an ifp motion has been granted. Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: four. (yhausmann, 6) (Entered: 05/23/2016) |
| 05/24/2016 | 59 (p.387) | Sealed Event, filed. (Entered: 05/24/2016) |

| 06/01/2016 | 60 (p.153) | ORDER APPOINTING COUNSEL ON APPEAL for Defendant William Chance Wallace. Micah Hatley appointed. (Signed by Judge John D Rainey.) Parties notified. (yhausmann, 6) (Entered: 06/01/2016) |
|---|---|---|
| 06/03/2016 | 61 (p.154) | DKT13 TRANSCRIPT ORDER REQUEST by MICAH W. HATLEY as to William Chance Wallace. This is to order a transcript of Suppression Hearing, December 21,2015, Judge Rainey. Court Reporter/Transcriber: Exceptional Reporting Services. This order form relates to the following: Motion Hearing,, 55 (p.127) Notice of Appeal - Judgment and Sentence, Motion Hearing,,, filed. (Hatley, Micah) Modified on 6/15/2016-Electronically forwarded to Exceptional Reporting Services 6/15/2016. Estimated Transcript Completion date 7/15/2016. (hledwig, 6). (Entered: 06/03/2016) |
| 06/03/2016 | 62 (p.155) | DKT13 TRANSCRIPT ORDER REQUEST by Micah W. Hatley as to William Chance Wallace. This is to order a transcript of Sentencing Hearing, May 3, 3016, Judge Rainey. Court Reporter/Transcriber: Mayra Malone. This order form relates to the following: Sentencing,,, 55 (p.127) Notice of Appeal - Judgment and Sentence, filed. (Hatley, Micah) (Entered: 06/03/2016) |
| 06/03/2016 | 63 (p.156) | DKT13 TRANSCRIPT ORDER REQUEST by Micah W. Hatley as to William Chance Wallace. This is to order a transcript of PreTrial, February 1, 2016, Judge Rainey. Court Reporter/Transcriber: Laura Wells. This order form relates to the following: Pretrial Conference, 55 (p.127) Notice of Appeal - Judgment and Sentence, filed. (Hatley, Micah) (Entered: 06/03/2016) |
| 06/12/2016 | 64 (p.239) | APPEAL TRANSCRIPT as to William Chance Wallace re: Hearing on Pretrial Conference held on 2-1-16 before Judge John D Rainey. Court Reporter/Transcriber Laura Wells. Ordering Party Micah Hatley This transcript relates to the following: 63 (p.156) Appeal Transcript Request,. Release of Transcript Restriction set for 9/12/2016., filed. (lwells, ) (Entered: 06/12/2016) |
| 06/15/2016 | 65 (p.157) | Notice of Filing of Official Transcript as to 64 (p.239) Transcript - Appeal,. Party notified, filed. (hledwig, 6) (Entered: 06/15/2016) |
| 06/20/2016 | 66 (p.248) | APPEAL TRANSCRIPT as to William Chance Wallace re: Sentencing held on May 3, 2016 before Judge John D Rainey. Court Reporter/Transcriber Mayra Malone. Ordering Party Micah W. Hatley This transcript relates to the following: 62 (p.155) Appeal Transcript Request,. Release of Transcript Restriction set for 9/19/2016., filed. (mmalone, ) (Entered: 06/20/2016) |
| 06/21/2016 | 67 (p.158) | Notice of Filing of Official Transcript as to 66 (p.248) Transcript - Appeal,. Party notified, filed. (hledwig, 6) (Entered: 06/21/2016) |
| 07/15/2016 | 68 (p.160) | APPEAL TRANSCRIPT as to William Chance Wallace re: SUPPRESSION HEARING held on 12/21/15 before Judge John D Rainey. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party MICAH W. HATLEY This transcript relates to the following: 61 (p.154) Appeal Transcript Request,, 55 (p.127) Notice of Appeal - Judgment and Sentence. Release of Transcript Restriction set for 10/13/2016., filed. (thudson, ) (Entered: 07/15/2016) |
| 07/18/2016 | 69 (p.159) | Notice of Filing of Official Transcript as to 68 (p.160) Transcript - Appeal,. Party notified, filed. (ltesch, 6) (Entered: 07/18/2016) |
| 07/20/2016 |  | (Court only) CJA 24 as to William Chance Wallace: Authorization to Pay Laura Wells Voucher # 0541.0006376 ( Signed by Judge John D Rainey) Parties notified. (mserpa, 2) (Entered: 07/21/2016) |

| 07/20/2016 | | (Court only) CJA 24 as to William Chance Wallace: Authorization to Pay Exceptional Reporting Voucher # 0541.0006377 ( Signed by Judge John D Rainey) Parties notified. (ltesch, 6) (Entered: 07/22/2016) |
|---|---|---|
| 07/20/2016 | | (Court only) CJA 24 as to William Chance Wallace: Authorization to Pay Mayra Malone Voucher # 0541.0006378 ( Signed by Judge John D Rainey) Parties notified. (ltesch, 6) (Entered: 07/22/2016) |

RECORD EXCERPT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
**F I L E D**

JUN 1 8 2015

**David J. Bradley**
**Clerk of Court**

UNITED STATES OF AMERICA

v.

WILLIAM CHANCE WALLACE

§
§
§
§
§

CRIMINAL NUMBER

**V - 1 5 - 3 0**

#### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about May 12, 2015, in the Victoria Division of the Southern District of Texas and

within the jurisdiction of the Court, the defendant,

#### WILLIAM CHANCE WALLACE,

after having been previously convicted of a crime punishable by imprisonment for a term

exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce a

firearm and ammunition to wit: a "Bersa Thunder" .380 caliber semi-automatic pistol, serial

number 097424; fourteen (14) rounds of "Hornady Zombie-Killer".380 caliber ammunition; and,

one (1) round of "Winchester Super X" .22 Magnum caliber ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

#### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code,

Section 2461(c), as a result of the commission of a violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2), as alleged in Count One of the Indictment, notice is given that

the defendant,

WILLIAM CHANCE WALLACE,

shall forfeit to the United States any firearm and ammunition used in commission of the offense,

including, but not limited to, the following:

1. A "Bersa Thunder" .380 caliber semi-automatic pistol, serial number 097424; fourteen

   (14) rounds of "Hornady Zombie-Killer" .380 caliber ammunition; and, one (1) round

   of "Winchester Super X" .22 Magnum caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States

Code, Section 2461(c).


                                              A TRUE BILL:
                                              ORIGINAL SIGNATURE ON FILE
                                              FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _Patti Hubert Booth_

PATTI HUBERT BOOTH
Assistant United States Attorney


2

RECORD EXCERPT 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

JUL 16 2015

David J. Bradley
Clerk of Court

UNITED STATES OF AMERICA    §
                            §
v.                          §    CRIMINAL NUMBER V-15-30-S
                            §
WILLIAM CHANCE WALLACE      §

### SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 12, 2015, in the Victoria Division of the Southern District of Texas and

within the jurisdiction of the Court, the defendant,

### WILLIAM CHANCE WALLACE,

after having been previously convicted of a crime punishable by imprisonment for a term

exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce a

firearm and ammunition to wit: a "Bersa Thunder" .380 caliber semi-automatic pistol, serial

number C97424; fourteen (14) rounds of "Hornady Zombie-Killer".380 caliber ammunition; and,

one (1) round of "Winchester Super X" .22 Magnum caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code,

Section 2461(c), as a result of the commission of a violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2), as alleged in Count One of the Indictment, notice is given that the defendant,

WILLIAM CHANCE WALLACE,

shall forfeit to the United States any firearm and ammunition used in commission of the offense, including, but not limited to, the following:

1. A "Bersa Thunder" .380 caliber semi-automatic pistol, serial number C97424; fourteen (14) rounds of "Hornady Zombie-Killer".380 caliber ammunition; and, one (1) round of "Winchester Super X" .22 Magnum caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*

PATTI HUBERT BOOTH
Assistant United States Attorney

2

RECORD EXCERPT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 3 0 2015

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NUMBER <u>V-15-30-SS</u> |
| WILLIAM CHANCE WALLACE | § § § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about May 12, 2015, in the Victoria Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### WILLIAM CHANCE WALLACE,

after having been previously convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess in and affecting foreign and interstate commerce a firearm and ammunition to wit: a "Bersa Thunder" .380 caliber semi-automatic pistol, serial number C97424; fourteen (14) rounds of "Hornady Zombie-Killer".380 caliber ammunition; and, one (1) round of "Winchester Super X" .22 Magnum caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Notice of Enhancement Pursuant to Title 18, United States Code, Section 924(e)

Prior to the commission of the offense alleged in Count One of this Indictment, WILLIAM CHANCE WALLACE, defendant herein, had been convicted by a court of five violent felonies committed on occasions different from one another, namely:

1. Possession Controlled Substance with intent to Distribute, Second Degree Felony, 203rd District Court, Dallas, Texas, cause number F-0536131, sentenced on June 18, 2007 to 4 years Texas Department of Corrections.

2. Aggravated Assault with Deadly Weapon, Second Degree Felony, 203rd District Court, Dallas, Texas, cause number F-0526292, sentenced on June 18, 2007 to 4 years Texas Department of Corrections.

3. Aggravated Assault with Deadly Weapon, Second Degree Felony, 203rd District Court, Dallas, Texas, cause number F-0526341, sentenced on June 18, 2007 to 4 years Texas Department of Corrections.

4. Possession Controlled Substance, State Jail Felony, 203rd District Court, Dallas, Texas, cause number F-0629056, sentenced on June 18, 2007 to 4 years Texas Department of Corrections.

5. Unlawful Delivery of Controlled Substance, First Degree Felony, 377th District Court, Victoria, Texas, cause number 12-8-26813-D, sentenced on January 18, 2013 to 10 years Texas Department of Corrections, suspended and placed on probation for 5 years.

In violation of Title 18, United States Code, Section 924(e).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code,

Section 2461(c), as a result of the commission of a violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2), as alleged in Count One of the Indictment, notice is given that

the defendant,

### WILLIAM CHANCE WALLACE,

shall forfeit to the United States any firearm and ammunition used in commission of the offense,

including, but not limited to, the following:

1. A "Bersa Thunder" .380 caliber semi-automatic pistol, serial number C97424; fourteen

(14) rounds of "Hornady Zombie-Killer".380 caliber ammunition; and, one (1) round

of "Winchester Super X" .22 Magnum caliber ammunition.

2

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States

Code, Section 2461(c).


A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*

PATTI HUBERT BOOTH
Assistant United States Attorney

3

RECORD EXCERPT 5

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2016
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CRIMINAL NO. 6:15-30** |
| | § | |
| WILLIAM CHANCE WALLACE, | § | |
| Defendant. | § | |

### MEMORANDUM OPINION & ORDER

Defendant William Chance Wallace was indicted for being a felon in possession of a firearm and ammunition, to wit: a "Bersa Thunder" .380 semi-automatic pistol, 14 rounds of "Hornady Zombie-Killer" .380 caliber ammunition, and 1 round "Winchester Super X" .22 magnum caliber ammunition. Pending before the Court are Defendant's Motion to Suppress and Exclude Evidence (D.E. 29), First Amended Motion to Suppress (D.E. 37), and Memorandum of Law in Support (D.E. 40), to which the Government has responded (D.E. 32, 38).

### I. Background

An evidentiary hearing on Defendant's motion was held on December 21, 2015, during which Texas Department of Public Safety (DPS) Special Agents Shawn Hallett and Jose Rodriguez testified. The following facts are taken from their testimony, the exhibits entered into evidence, and the Parties' briefing.

Sometime in early 2015, a confidential source of information (SOI) notified SA Hallett that Defendant was a Puro Tango Blast gang member, had an open warrant for his arrest, and was living in Austin, Texas. The informant also provided an Austin-based cell phone number for Defendant. SA Hallett, who is with the DPS Criminal Investigations Division, searched his database and confirmed that Defendant had an outstanding warrant for unlawful delivery of a

1

controlled substance issued in Victoria County, Texas. Because of Defendant's alleged gang

affiliation, SA Hallett contacted SA Rodriguez with the DPS Gang Unit in Austin. SA Rodriguez

spoke with an investigator in Victoria and conducted his own investigation into Defendant's

criminal background and possible whereabouts.

On May 6, 2015, SA Rodriguez prepared a Peace Officer's Affidavit for Court Order

seeking information related to Defendant's cell phone, which stated in part:

> Texas Department of Public Safety, Criminal Investigations Division, Gang Unit
> are attempting to locate a violent fugitive felon as defined by the Texas Penal
> Code, Chapter 38.01; William Chance WALLACE.
>
> WALLACE is a confirmed Puro Tango Blast (PTB) gang member through the
> TXGANG database.
>
>         \*\*\*
>
> WALLACE currently has an active warrant for unlawful delivery of a controlled
> substance in PG1, 4 grams to 200 grams, Warrant number #12-8-26813-D.
> WALLACE has an extensive criminal history to include, but not limited to the
> following: Aggravated assault with a deadly weapon, burglary of a habitation,
> possession of marijuana, delivery of marijuana, manufacturer or delivery of a
> controlled substance in PG-1 more than 4 grams but less than 200 grams and
> evading arrest or detention.
>
>         \*\*\*
>
> Special Agents with the Texas Department of Public Safety have reason to believe
> that WALLACE is currently attempting to thwart law enforcement efforts in
> apprehending him.  . . .  Wallace has absconded from his resident home in
> Victoria, Texas to Austin, Texas. This information is based on a source of
> information (SOI) that has proven reliable in the past and further furnished a
> phone number for WALLACE, XXX-XXX-3402.
>
>         \*\*\*
>
> It is the belief of affiant that the information sought is material to an ongoing
> search for a violent fugitive Felon. Affiant believes the information sought will
> assist to identify where the fugitive is located in order to apprehend him and
> protect the public from harm.

D.E. 41-2, pp. 8–9.

On May 6, 2015, the 390th District Court of Travis County, Texas granted a Ping Order

authorizing the following: (1) installation and use of a trap device and conditional pen register;

(2) release of customer records and other information pertaining to a mobile communications

2

device; and (3) disclosure of precision-location/E-911 records for the telephone number XXX-XXX-3402. D.E. 41-2, pp. 10–14.

On or about May 7, 2015, Defendant's cellular provider informed SA Rodriguez that the telephone number XXX-XXX-3402 had been disconnected. SA Hallett contacted the SOI, who provided him with a new phone number for Defendant. On May 8, 2015, SA Rodriguez submitted a second application for a Ping Order. Rodriguez' Peace Officer's Affidavit for Court Order was essentially identical to the first, with the addition of the following language:

> Wallace has since acquired a new phone number that is on the AT&T carrier plan, XXX-XXX-2295.
>
>                     ***
>
> Affiant knows through his training and experience that individuals involved in criminal activity tend to drop their phones frequently in order to thwart law enforcement's efforts to accurately determine their location and the criminal activity that they are associated with. It is believed that the phone number XXX-XXX-2295 is being utilized by WALLACE and that the SOI is giving truthful and reliable information as the SOI has done in the past.

D.E. 41-3. p.9. On May 8, 2015, the Travis County Court granted a Ping Order for the telephone number XXX-XXX-2295.

On May 12, 2015, AT&T notified SA Rodriguez that the cell phone XXX-XXX-2295 was pinging on a cell tower in a remote location on U.S. Highway 87 north of Victoria. SA Rodriguez advised SA Hallett, who contacted the U.S. Marshals for assistance in responding to the location and executing the arrest warrant if Defendant could be located. SA Hallett and several deputy marshals drove to the location of the ping. Upon arrival, they drove through an open field and observed two males standing near a pond. They also observed a white GMC Yukon that they knew belonged to the Defendant. The owner of the property, Christopher Goodman, drove a four wheel vehicle to the house and told deputies that Defendant was standing near the pond. As deputies drove toward the pond, Defendant ran into the pond and momentarily

3

disappeared. Deputies ordered Defendant to get out of the water. He did and was arrested under the warrant. Deputies patted down Defendant and found a Winchester Super X .22 magnum caliber round of ammunition in his pocket. A black gun was located in the water approximately one foot from the edge of the pond. Meanwhile, SA Hallett observed a box of ammunition in the center console of the Yukon and an empty holster on the driver's seat. He contacted SA David Taylor with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, who came to the property. Goodman told SA Taylor that Defendant came to his house the night before with a .22 magnum caliber rifle and what looked like a black .380 caliber handgun in a holster, but he had not seen the firearms since Defendant arrived at his house. The black pistol was later identified as a Bersa Thunder .380 semi-automatic pistol, and the ammunition in the pistol matched the ammunition box located in the Yukon.

## II. Defendant's Motion to Suppress

Defendant now moves to suppress all evidence obtained during his arrest on May 12, 2015, including the firearm, ammunition, any statements he made, and any other papers or property. Defendant argues that the Ping Order was issued in violation of Texas Code of Criminal Procedure Article 18.21 and is inconsistent with 18 U.S.C. Sections 2703(d) and 3122(b)(2) because the information SA Rodriguez supplied to the state court in seeking the Ping Order did not constitute specific and articulable facts, and law enforcement sought the cellular data for the sole purpose of locating Defendant because he was the subject of an open arrest warrant for violation of probation—not as part of an ongoing criminal investigation. Defendant further argues that he has a reasonable expectation of privacy in his movements and location, and this information is protected under the Fourth Amendment. According to Defendant, Texas Code

4

of Criminal Procedure Art. 18.21 and 18 U.S.C. §§ 2703(d) and 3122 are therefore unconstitutional because their standards require less than probable cause.[1]

### III. Analysis

"In a case in which the Government is seeking [cellular site location information] to track a person so that an arrest warrant may be executed, it will be sufficient if the warrant affidavit demonstrates the existence of the warrant, and probable cause to believe that the target phone is in the possession of the fugitive." *In re Application of U.S. for an Order: (1) Authorizing Use of a Pen Register & Trap & Trace Device; (2) Authorizing Release of Subscriber & Other Info.; & (3) Authorizing Disclosure of Location-Based Servs.*, 727 F. Supp. 2d 571, 584, n.22 (W.D. Tex. 2010); *see also United States v. Bermudez*, 2006 WL 3197181, at \*11 (S.D. Ind. Jun. 30, 2006) *aff'd sub nom. United States v. Amaral-Estrada*, 509 F.3d 820 (7th Cir. 2007) ("The Arrest Warrant gave law enforcement the authority to physically enter a target's home in order to search for the target . . . and also gave law enforcement the authority to conduct a less intrusive search for the fugitive by tracking cell location information in an effort to locate him, even if it invaded the apartment he rented.").

Here, the Ping Order application stated that Defendant currently had an active arrest warrant and that SA Rodriguez believed Defendant was using telephone number XXX-XXX-2295 based on information received from a SOI who had proved reliable in the past. A copy of Defendant's arrest warrant was admitted into evidence at the hearing, showing that the warrant was for "violation for condition(s) of community supervision for the offense for which said person is on community supervision in this case, to-wit: UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE IN PENALTY GROUP 1 . . . ." D.E. 41-1. SA Hallett and SA

---

1. In his original motion to suppress, Defendant also claimed that a search warrant was necessary to enter Christopher Goodman's land; however, he withdrew this argument at the hearing.

Rodriguez both testified that they did not see a copy of the warrant until the hearing on Defendant's motion to suppress; however, the DPS databases they searched indicated that the warrant was for unlawful delivery of a controlled substance.

Defendant argues that the fact that the arrest warrant was for a probation violation, and not for "an ongoing criminal investigation" into a new crime, renders the arrest warrant insufficient to support the Ping Order. *See* 18 U.S.C. § 3123(a)(2) (providing that a ping order shall issue "if the court finds that the State law enforcement or investigative officer has certified to the court that the information likely to be obtained by such installation and *use is relevant to an ongoing criminal investigation*" (emphasis added); TEX. CODE CRIM. PROC. art. 18.21(2)(c)(3) ("The application must state . . . that the installation and use of the device or equipment will likely produce information *that is material to an ongoing criminal investigation*.") (emphasis added).

Even assuming Defendant is correct that "the arrest warrant didn't suffice to authorize the use of a tracking device, the evidence gathered would nonetheless withstand suppression because no exclusionary rule applies to the seizure of such evidence." *Bermudez*, 2006 WL 3197181, at *11. As the Fifth Circuit recently explained:

> [S]uppression is not a remedy for a violation of the Stored Communications Act. The Act has a narrow list of remedies, and—unlike the Wiretap Act, *see* 18 U.S.C. § 2515—suppression is not among them. *See* 18 U.S.C. § 2707(b) (listing "appropriate relief" as "equitable or declaratory relief," "damages," and "reasonable attorney's fee and other litigation costs reasonably incurred"); 18 U.S.C. § 2708 (providing that the "remedies and sanctions described in this chapter are the only judicial remedies and sanctions for nonconstitutional violations of this chapter"); *see also United States v. Smith,* 155 F.3d 1051, 1056 (9th Cir. 1998) (concluding that suppression is not available under the Act); *United States v. Jones*, 908 F. Supp. 2d 203, 209 (D.D.C. 2012) (same). There is no basis for judicial imposition of the exclusionary rule for a statutory violation when Congress has not provided that remedy.

*United States v. Guerrero*, 768 F.3d 351, 358 (5th Cir. 2014), *cert. denied*, 135 S. Ct. 1548 (2015).

6

Regarding Defendant's argument that Texas Code of Criminal Procedure Article 18.21 and 18 U.S.C. Sections 2703(d) and 3122(b)(2) are unconstitutional, the Fifth Circuit has explicitly rejected the claim that the collection of cellular site location information violates the Fourth Amendment:

> In *Historical Cell Site*, we held that "Section 2703(d) orders to obtain *historical* cell site information for specified cell phones at the points at which the user places and terminates a call are not categorically unconstitutional." [*In re Application of the U.S. for Historical Cell Site Data*,] 724 F.3d 600, 615 (5th Cir. 2013). . . . Although our holding in *Historical Cell Site* was decided only in the context of reviewing the denial of applications for Section 2703(d) orders, it nonetheless encompasses the exact issue before us now: whether *historical* cell site information—that is, a record that the "provider has already created"—is subject to a reasonable expectation of privacy that implicates the Fourth Amendment. *Id.* at 612; *see id.* at 615.

*Guerrero*, 768 F.3d at 358–59 (holding the district court properly admitted historical cell site location data at trial). Accordingly, Defendant is not entitled to suppression on this ground.

**V. Conclusion**

For the reasons set forth above, Defendant's motion and amended motion to suppress (D.E. 28, 37) are **DENIED**.

It is so **ORDERED**.

**SIGNED** this 1st day of February, 2016.

_____
JOHN D. RAINEY

7

RECORD EXCERPT 6

United States District Court
Southern District of Texas

AO 245B      (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

**ENTERED**

May 20, 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Victoria

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**WILLIAM CHANCE WALLACE** | **JUDGMENT IN A CRIMINAL CASE**<br><br>CASE NUMBER: **6:15CR00030-SS-001**<br>USM NUMBER: 88790-379 |

☐ See Additional Aliases.

**THE DEFENDANT:**

Micah Wayne Hatley

Defendant's Attorney

☒ pleaded guilty to count(s)   SS1 on February 10, 2016.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1),<br>18 U.S.C. § 924(a)(2),<br>18 U.S.C. § 924(e) | Felon in Possession of a Firearm | 05/12/2015 | SS1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 3, 2016
Date of Imposition of Judgment

Signature of Judge

**JOHN D. RAINEY**
**SENIOR U. S. DISTRICT JUDGE**
Name and Title of Judge

May 18, 2016
Date

1783571/TTC
SLR

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00030-SS-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of  180 months.
The sentence imposed shall run concurrently with the sentenced imposed in Dkt. # 6:15CR00057-001 and shall run concurrently with any
state sentence imposed with the exception of a state sentence involving a shooting case.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be placed in a facility near Victoria, Texas, as long as the security needs of the Bureau of Prisons are met.
☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
     ☐  at _____  ☐ a.m.  ☐ p.m. on _____ .

     ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. on _____.

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00030-SS-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: <u>3 years.</u>
The term of supervised release shall run concurrently with the term of supervised release imposed in Dkt. # 6:15CR00057-001.

☐  See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒  The defendant shall not possess a firearm, ammunition, or destructive device. (Check, if applicable.)

☒  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state registration in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒  See Special Conditions of Supervision.

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00030-SS-001**

## SPECIAL CONDITIONS OF SUPERVISION

**DRUG/ALCOHOL TREATMENT**: The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to such drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

**EDUCATION**: The defendant is to enroll and participate in an educational program designed to receive a high school diploma or its equivalency.

☐  See Additional Special Conditions of Supervision.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 5 -- Criminal Monetary Penalties

Judgment -- Page 5 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00030-SS-001**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐  See Additional Terms for Criminal Monetary Penalties.

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

☐  See Additional Restitution Payees.

| **TOTALS** | $0.00 | $0.00 | |
|---|---|---|---|

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐  Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00030-SS-001**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☐   Lump sum payment of _____ due immediately, balance due
            ☐   not later than _____ , or
            ☐   in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B   ☒   Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
            after the date of this judgment; or

D   ☐   Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days
            after release from imprisonment to a term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court
            will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☒   Special instructions regarding the payment of criminal monetary penalties:

            Payable to: Clerk, U.S. District Court
                          P.O. Box 1638
                          Victoria, TX 77902

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due
during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                                    **Joint and Several**        **Corresponding Payee,**
**(including defendant number)**          **Total Amount**                  **Amount**                   **if appropriate**

☐   See Additional Defendants and Co-Defendants Held Joint and Several.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
     The defendant will forfeit to the United States any firearm and ammunition used in commission of the offense, including, but not limited
     to, a "Bersa Thunder" .380 caliber semi-automatic pistol, serial number 097424, fourteen (14) rounds of "Hornady Zombie-Killer" .380
     caliber ammunition, and one (1) round of "Winchester Super X" .22 Magnum caliber ammunition.

☐   See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

RECORD EXCERPT 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. V-15-30-SS** |
| | § | |
| **WILLIAM CHANCE WALLACE** | § | |

## NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant **WILLIAM CHANCE WALLACE** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the judgment of conviction and sentence in this case, which judgment was pronounced on May 3, 2016.

Respectfully submitted,

By:_____/s/_____
   Micah W. Hatley
   P.O. Box 2113
   302 W. Forrest Street
   Victoria, Texas 77902
   (361) 489-3481 P
   (361) 597-3167 F
   E-Mail: mwhatley.hatlawfirm@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on May 16, 2016 a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification to all CM/ECF participants in this case.

_____/s/_____
   Micah W. Hatley

NOTICE OF APPEAL                                                    PAGE 1

RECORD EXCERPT 8

APPEAL

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Victoria)
## CRIMINAL DOCKET FOR CASE #: 6:15-cr-00057-1
## Internal Use Only

Case title: USA v. Wallace et al
Magistrate judge case number: 6:15-mj-00066

Date Filed: 12/30/2015
Date Terminated: 05/18/2016

Assigned to: Judge John D. Rainey

### Defendant (1)

**William Chance Wallace**
*TERMINATED: 05/18/2016*

represented by **Micah Wayne Hatley**
The Hatley Law Firm
P.O. Box 2113
302 W. Forrest St.
Victoria, TX 77902-2113
361-676-0566
Fax: (361) 597-3167
Email: hatleymw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

RETALIATING AGAINST
WITNESS, VICTIM
(1)

### Disposition

To serve 180 months in custody of BOP to run
concurrently to sentence imposed in 6:15cr30,
followed by 3 years SRT to run concurrently with SRT
in 6:15cr30. No fine imposed; $100 special
assessment.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level
### (Terminated)

None

### Complaints

### Disposition

16-40702.1

18:1513.F Retaliating against
Witness, Victim

## Plaintiff

**USA**　　　　　　　　　　　　　　　　represented by　**Appellate Division**
U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste 2300
Houston, TX 77002
Email: usatxs.appellate@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Patricia Hubert Booth**
United States Attorneys Office
800 N Shoreline
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: Patti.Booth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
1000 Louisiana St
Ste 2300
Houston, TX 77002
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Marshal - V**
312 S Main
Room 326
Victoria, TX 77901
361-578-4932
Fax: 361-576-0065
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-CC**
1133 N Shoreline Blvd
Rm 114
Corpus Christi, TX 78401

361-888-3411
Fax: 361-888-3419 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - V**
312 S Main
Rm 302
Victoria, TX 77901
361-579-6640
Fax: 361-579-0330 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2015 | 1 (p.8) | COMPLAINT as to William Chance Wallace (1), Trisha Lynn Ramirez (2), Joshua Derek Cardenas (3), filed. (jalvarez, 2) [6:15-mj-00066] (Entered: 12/17/2015) |
| 12/23/2015 | | ***SET HEARINGS as to William Chance Wallace: Initial Appearance set for 12/24/2015 at 11:00 AM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) [6:15-mj-00066] (Entered: 12/23/2015) |
| 12/24/2015 | 9 (p.12) | ORDER APPOINTING COUNSEL for Defendant William Chance Wallace. MIcah Hatley appointed. ( Signed by Magistrate Judge Jason B. Libby) Parties notified. (sscotch, 2) [6:15-mj-00066] (Entered: 12/24/2015) |
| 12/24/2015 | | Minute Entry for proceedings held before Magistrate Judge Jason B. Libby: INITIAL APPEARANCE as to William Chance Wallace, (Deft informed of rights) held on 12/24/2015. Defendant states Micah Hatley was retained to represent him on another pending case but he doesn't have any more funds to retain him for this matter and requests appointed counsel. Court finds defendant qualifies for appointed counsel and Micah Hatley will be appointed to represent the defendant. Government moves for detention and requests continuance. Court grants Governments request for continuance. Preliminary Examination & Detention Hearing set for 12/29/2015 at 09:00 AM before Magistrate Judge Jason B. Libby. Appearances: AUSA Mark Patterson. USM-David Taschner; Ben Word. (Digital # 11:34:25-11:44:55)(ERO:frenchie carbia) (Interpreter:not used) Deft remanded to custody, filed.(kbledsoe, 2) [6:15-mj-00066] (Entered: 12/24/2015) |
| 12/28/2015 | | ***RESET HEARINGS as to William Chance Wallace: Preliminary Examination & Detention Hearing set for 12/30/2015 at 09:00 AM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) [6:15-mj-00066] (Entered: 12/28/2015) |
| 12/30/2015 | | Minute Entry for proceedings held before Magistrate Judge Jason B. Libby: PRELIMINARY EXAMINATION & DETENTION HEARING as to William Chance Wallace held on 12/30/2015. Preliminary examination waived in open court. Detention hearing waived in open court without prejudice. Attorney Hatley agrees the Court may rely upon the complaint as the testimony of the agent for purposes of weighing the evidence during future proceedings. Appearances: AUSA Brittney Jensen. Micah Wayne Hatley. USPO-Art Sanchez. USM-Eric Propst; Don Mihelich. (Digital # 9:12:48-9:14:30)(ERO:letty garza) (Interpreter:not used) Deft remanded to custody, filed.(kbledsoe, 2) [6:15-mj-00066] (Entered: 12/30/2015) |
| 12/30/2015 | | |

| | | |
|---|---|---|
| | 15 (p.13) | ORDER OF DETENTION PENDING TRIAL as to William Chance Wallace. (Signed by Magistrate Judge Jason B. Libby.) Parties notified. (yhausmann, 6) [6:15-mj-00066] (Entered: 12/30/2015) |
| 12/30/2015 | 16 (p.14) | INDICTMENT (The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to William Chance Wallace (1), Count 1, Trisha Lynn Ramirez (2), Count 1, Joshua Derek Cardenas (3), Count 1. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/30/2015 | 17 (p.15) | US Attys Criminal Docket Sheet as to William Chance Wallace, Trisha Lynn Ramirez, Joshua Derek Cardenas. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/30/2015 | 18 (p.16) | MOTION for Issuance of Warrant by USA as to William Chance Wallace. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/30/2015 | 19 (p.17) | ORDER granting 18 (p.16) Motion for Issuance of Warrant as to William Chance Wallace (1). (Signed by Judge John D. Rainey.) Parties notified. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/30/2015 | | (Court only) Arrest Warrant Issued in case as to William Chance Wallace, Trisha Lynn Ramirez, Joshua Derek Cardenas. (yhausmann, 6) (Entered: 12/30/2015) |
| 12/31/2015 | | ***SET HEARINGS as to William Chance Wallace, Trisha Lynn Ramirez (bond), Joshua Derek Cardenas (bond) : Arraignment set for 1/8/2016 at 02:30 PM before Magistrate Judge Jason B. Libby. (kbledsoe, 2) (Entered: 12/31/2015) |
| 01/04/2016 | 24 (p.107) | (Court only) Arrest Warrant issued 12/30/2015; Returned Executed on 1/4/2016 in case as to William Chance Wallace, filed. (hledwig, 6) (Entered: 01/04/2016) |
| 01/08/2016 | | Minute Entry for proceedings held before Magistrate Judge Jason B. Libby: ARRAIGNMENT as to William Chance Wallace (1) Count 1 and Trisha Lynn Ramirez (2) Count 1 and Joshua Derek Cardenas (3) Count 1 held on 1/8/2016. Not Guilty on 1. Appearances: AUSA Amanda Gould. Micah Wayne Hatley. Joseph G Garza. Neftali J Villafranca. USM-Robin Richards; Ben Word. (Digital # 2:34:59-2:41:14)(ERO:frenchie carbia) (Interpreter:not used) Deft remanded to custody-deft 1 and Deft continued on bond-defts 2,3, filed.(kbledsoe, 2) (Entered: 01/11/2016) |
| 01/08/2016 | 29 (p.18) | SCHEDULING ORDER as to William Chance Wallace, Trisha Lynn Ramirez, Joshua Derek Cardenas. Motion Filing due by 1/24/2016. Responses due by 1/31/2016. Pretrial Conference set for 2/1/2016 at 10:40 AM before Judge John D. Rainey Proposed Voir Dire due by 2/5/2016. Jury Selection set for 2/8/2016 at 09:30AM before Judge John D. Rainey Jury Trial set for 2/8/2016 at 09:30 AM before Judge John D. Rainey ( Signed by Magistrate Judge Jason B. Libby) Parties notified. (legarza, 2) (Entered: 01/11/2016) |
| 01/28/2016 | 31 (p.20) | NOTICE OF RESETTING as to William Chance Wallace. Pretrial Conference set for 2/1/2016 at 10:30 AM in 4th Floor Courtroom before Judge John D. Rainey, filed. Courtesy Reminder. (TIME ONLY) Parties Notified. (smarthiljohni, 6) (Entered: 01/28/2016) |
| 02/01/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: PRETRIAL CONFERENCE as to William Chance Wallace held on 2/1/2016. Defendant was present in the courtroom. Deft motion for continuance is granted. Pretrial Conference reset 2/29/2016 at 11:00 AM before Judge John D. Rainey. Appearances: Patricia Booth, Micah Hatley, Edward Wilkinson. (Court Reporter: Laura Wells) (Time Set: |

| | | |
|---|---|---|
| | | 11:30 AM; Actual Time in Court: 12:07-12:20 p.m.) Deft remanded to custody.(hledwig, 6) (Entered: 02/01/2016) |
| 02/01/2016 | | **Terminate Deadlines and Hearings as to William Chance Wallace: (hledwig, 6) (Entered: 02/01/2016) |
| 02/01/2016 | | ***Reset Hearing(s) as to William Chance Wallace: Pretrial Conference reset for 2/29/2016 at 11:00 AM before Judge John D. Rainey (hledwig, 6) (Entered: 02/01/2016) |
| 02/03/2016 | 34 (p.21) | NOTICE OF RESETTING as to William Chance Wallace. Due to a request by the parties, the Re-Arraignment is set for 2/2/2016 at 01:00 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6) (Entered: 02/03/2016) |
| 02/05/2016 | 35 (p.22) | NOTICE OF RESETTING as to William Chance Wallace. Due to a request from the parties, the Re-Arraignment is set for 2/10/2016 at 01:00 PM in 4th Floor Courtroom before Judge John D. Rainey, filed. Parties Notified. (smarthiljohni, 6) (Entered: 02/05/2016) |
| 02/10/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: RE-ARRAIGNMENT held on 2/10/2016. William Chance Wallace (1). Deft entered a plea of Guilty as to Count 1. Written plea agreement filed with a waiver of appeal. Sentencing is set for 5/2/2016 at 2:45pm. Deft remanded to custody. Appearances: Patricia Hubert Booth, Micah Wayne Hatley.(Time Set: 1:00pm; 1:10-1:18pm; 1:47-2:18pm)(ERO: H. Ledwig) (smarthiljohni, 6) (Entered: 02/11/2016) |
| 02/10/2016 | 36 (p.23) | MEMORANDUM OF PLEA AGREEMENT as to William Chance Wallace, filed. (smarthiljohni, 6) (Entered: 02/12/2016) |
| 02/10/2016 | 37 (p.28) | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to William Chance Wallace. PSI Completion due by 3/24/2016; Objection to PSI due by 4/7/2016; Final PSI due by 4/21/2016; Sentencing set for 5/2/2016 at 02:45 PM in 4th Floor Courtroom before Judge John D. Rainey. ( Signed by Judge John D. Rainey) Parties notified. (smarthiljohni, 6) (Entered: 02/12/2016) |
| 04/21/2016 | 47 (p.79) | Final Presentence Investigation Report (Sealed) as to William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
| 04/21/2016 | 48 (p.102) | Sealed Addendum to 47 (p.79) Final Presentence Investigation Report (Sealed) as to William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
| 04/21/2016 | 49 (p.111) | Confidential Sentencing Recommendation(Sealed) regarding William Chance Wallace, filed. (moverlander, 6) (Entered: 04/21/2016) |
| 05/03/2016 | | Minute Entry for proceedings held before Judge John D. Rainey: SENTENCING held on 5/3/2016 for William Chance Wallace (1). No objections to PSI. Count 1: To serve 180 months in custody of BOP to run concurrently to sentence imposed in 6:15cr30, followed by 3 years SRT to run concurrently with SRT in 6:15cr30. Record reflects that sentence in this case would have been different if the gun case did not occur. This case will be run concurrent to any state case, not involving a shooting. Standard conditions apply. Special conditions as to drug/alcohol treatment, drug surveillance/testing, obtain HS diploma equivalent. No fine imposed; $100 special assessment. Court recommends placement in the Three Rivers facility. Deft admonished as to waiver of right to appeal. Appearances: Patricia Hubert Booth, US Probation - T. Cruz, Micah Wayne Hatley, Edward Wilkinson.(Court Reporter: M. |

| | | Malone)(Time set: 10:45 a.m.; 10:41-10:55 a.m.) Deft remanded to custody.(hledwig, 6) (Entered: 05/03/2016) |
|---|---|---|
| 05/17/2016 | 53 (p.29) | NOTICE OF APPEAL to US Court of Appeals for the 5th Circuit by William Chance Wallace,filed.(Hatley, Micah) (Entered: 05/17/2016) |
| 05/18/2016 | 54 (p.30) | JUDGMENT as to William Chance Wallace. (Signed by Judge John D Rainey.) Parties notified. (yhausmann, 6) (Entered: 05/20/2016) |
| 05/18/2016 | 55 (p.103) | Statement of Reasons (Sealed) as to William Chance Wallace. NOTICE: Document available to applicable parties only. Authorized users enter CM/ECF Filer login and password first for authentication. Instructions available at http://www.txs.uscourts.gov/attorney-information - Electronic Access to Sealed Documents. Be sure to SAVE the document locally at the time of viewing, filed. (Entered: 05/20/2016) |
| 05/18/2016 | | Notice of Assignment of USCA No. 16-40702 as to William Chance Wallace re: 53 (p.29) Notice of Appeal - Judgment and Sentence.(hledwig, 6) (Entered: 05/26/2016) |
| 05/23/2016 | 56 (p.36) | Clerks Notice of Filing of an Appeal as to William Chance Wallace. There are no appeal-related motions pending in the District Court re: 53 (p.29) Notice of Appeal - Judgment and Sentence. Fee status: CJA. Reporters: ERO; M. Malone, L. Wells. (Attachments: # 1 (p.8) Notice of Appeal, # 2 Judgment, # 3 docket sheet) (yhausmann, 6) (Entered: 05/23/2016) |
| 05/23/2016 | | Appeal Review Notes as to William Chance Wallace re: 53 (p.29) Notice of Appeal - Judgment and Sentence. Fee status: CJA. This defendant is represented by appointed counsel (CJA attorney). Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. Number of DKT-13 Forms expected: three. (yhausmann, 6) (Entered: 05/23/2016) |
| 05/24/2016 | 57 (p.108) | Sealed Event, filed. (Entered: 05/24/2016) |
| 06/01/2016 | 58 (p.50) | ORDER APPOINTING COUNSEL ON APPEAL for Defendant William Chance Wallace. Micah Hatley appointed. (Signed by Judge John D Rainey.) Parties notified. (yhausmann, 6) (Entered: 06/01/2016) |
| 06/13/2016 | 60 (p.51) | DKT13 TRANSCRIPT ORDER REQUEST by Micah W. Hatley as to William Chance Wallace. Transcript is already on file in Clerks office regarding Suppression Hearing, December 12, 2015, Judge Rainey. (No transcript is needed). Court Reporter/Transcriber: Exceptional Reporting Services. This order form relates to the following: Preliminary Examination & Detention Hearing,,,, filed. (Hatley, Micah) (Entered: 06/13/2016) |
| 06/13/2016 | 61 (p.52) | DKT13 TRANSCRIPT ORDER REQUEST by Micah W. Hatley as to William Chance Wallace. Transcript is already on file in Clerks office regarding Sentencing Hearing, May 3, 2016, Judge Rainey. (No transcript is needed). Court Reporter/Transcriber: Mayra Malone. This order form relates to the following: Sentencing,,,, filed. (Hatley, Micah) (Entered: 06/13/2016) |
| 06/13/2016 | 62 (p.53) | DKT13 TRANSCRIPT ORDER REQUEST by Micah W. Hatley as to William Chance Wallace. Transcript is already on file in Clerks office regarding PreTrial Conference, February 1, 2016, Judge Rainey. (A transcript is requested). Court Reporter/Transcriber: Laura Wells. This order form relates to the following: Pretrial Conference,, filed. (Hatley, Micah) (Entered: 06/13/2016) |

| 06/16/2016 | 63 (p.56) | APPEAL TRANSCRIPT as to William Chance Wallace re: Hearing on Pretrial Conference held on February 1, 2016 before Judge John D Rainey. Court Reporter/Transcriber Laura Wells. Ordering Party Micah Hatley This transcript relates to the following: 62 (p.53) Appeal Transcript Request,. Release of Transcript Restriction set for 9/14/2016., filed. (lwells, ) (Entered: 06/16/2016) |
| --- | --- | --- |
| 06/17/2016 | 67 (p.54) | Notice of Filing of Official Transcript as to 63 (p.56) Transcript - Appeal,. Party notified, filed. (hledwig, 6) (Entered: 06/17/2016) |
| 06/20/2016 | 68 (p.65) | APPEAL TRANSCRIPT as to William Chance Wallace re: Sentencing held on May 3, 2016 before Judge John D Rainey. Court Reporter/Transcriber Mayra Malone. Ordering Party Micah W. Hatley This transcript relates to the following: 61 (p.52) Appeal Transcript Request,. Release of Transcript Restriction set for 9/19/2016., filed. (mmalone, ) (Entered: 06/20/2016) |
| 06/21/2016 | 69 (p.55) | Notice of Filing of Official Transcript as to 68 (p.65) Transcript - Appeal,. Party notified, filed. (hledwig, 6) (Entered: 06/21/2016) |
| 06/29/2016 | | (Court only) ***Set/Clear Flags as to William Chance Wallace. Appeal_Nat flag cleared. (hledwig, 6) (Entered: 06/29/2016) |

RECORD EXCERPT 9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 3 0 2015

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | **V - 15 - 57** |
| WILLIAM CHANCE WALLACE | § | |
| TRISHA LYNN RAMIREZ | § | |
| JOSHUA DEREK CARDENAS | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 5, 2015, in the Victoria Division of the Southern District of Texas

and elsewhere within the jurisdiction of the Court, the defendants,

WILLIAM CHANCE WALLACE,
TRISHA LYNN RAMIREZ,
and JOSHUA DEREK CARDENAS,

did aid and abet each other to retaliate against a witness in a federal investigation, to wit: posting a

picture of a criminal complaint and naming an individual as a "snitch;" thereby causing threats of

violence to be made against the said individual.

In violation of Title 18, United States Code, Section 1513(b)(2).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*

PATTI HUBERT BOOTH
Assistant United States Attorney

RECORD EXCERPT 10

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 1

United States District Court
Southern District of Texas

**ENTERED**

May 20, 2016

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
### Southern District of Texas
Holding Session in Victoria

UNITED STATES OF AMERICA

V.

**WILLIAM CHANCE WALLACE**

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: **6:15CR00057-001**

USM NUMBER: 88790-379

☐ See Additional Aliases.

**THE DEFENDANT:**

Micah Wayne Hatley

Defendant's Attorney

☒ pleaded guilty to count(s)   1 on February 10, 2016.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1513(b)(2) | Did Aid and Abet Each Other to Retaliate Against a Witness in a Federal Investigation | 11/05/2015 | 1 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 3, 2016
Date of Imposition of Judgment

Signature of Judge

**JOHN D. RAINEY**
**SENIOR U. S. DISTRICT JUDGE**
Name and Title of Judge

May 18, 2016
Date

TTC/1783571
SLR

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 2 -- Imprisonment

Judgment -- Page 2 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00057-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of  180 months.
The sentence imposed shall run concurrently with the sentenced imposed in Dkt. # 6:15CR00030-SS-001 and shall run concurrently with any state sentence imposed with the exception of a state sentence involving a shooting case.

☐  See Additional Imprisonment Terms.

☒  The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be placed in a facility near Victoria, Texas, as long as the security needs of the Bureau of Prisons are met.
☒  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
     ☐  at _____  ☐ a.m.  ☐ p.m. on _____ .

     ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐  before 2 p.m. on _____.

     ☐  as notified by the United States Marshal.

     ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By  _____

DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00057-001**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.
The term of supervised release shall run concurrently with the term of supervised release imposed in Dkt. # 6:15CR00030-SS-001.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, or destructive device. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state registration in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
Sheet 3C -- Supervised Release

Judgment -- Page 4 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00057-001**

## SPECIAL CONDITIONS OF SUPERVISION

**DRUG/ALCOHOL TREATMENT**: The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program Director with the approval of the probation officer. The defendant shall further submit to such drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.

**EDUCATION**: The defendant is to enroll and participate in an educational program designed to receive a high school diploma or its equivalency.

☐  See Additional Special Conditions of Supervision.

AO 245B     (Rev. 09/08) Judgment in a Criminal Case
            Sheet 5 -- Criminal Monetary Penalities

Judgment -- Page 5 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00057-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐  See Additional Terms for Criminal Monetary Penalties.

☐  The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

☐  See Additional Restitution Payees.

| | Total Loss* | Restitution Ordered | |
|---|---|---|---|
| **TOTALS** | $0.00 | $0.00 | |

☐  Restitution amount ordered pursuant to plea agreement $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the  ☐ fine  ☐ restitution.

    ☐  the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

☐  Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/08) Judgment in a Criminal Case
           Sheet 6 -- Schedule of Payments
_____

Judgment -- Page 6 of 6

DEFENDANT: **WILLIAM CHANCE WALLACE**
CASE NUMBER: **6:15CR00057-001**

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of _____ due immediately, balance due

        ☐ not later than _____ , or
        ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of _____ over a period of _____ , to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

     Payable to: Clerk, U.S. District Court
               P.O. Box 1638
               Victoria, TX 77902

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                             **Joint and Several**        **Corresponding Payee,**
**(including defendant number)**       **Total Amount**       **Amount**         **if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

RECORD EXCERPT 11

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **NO. V-15-57-1** |
| | § | |
| **WILLIAM CHANCE WALLACE** | § | |

### NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, defendant **WILLIAM CHANCE WALLACE** hereby appeals to the United States Court of Appeals for the Fifth Circuit from the sentence in this case, which judgment and sentence were pronounced on May 3, 2016.

Respectfully submitted,

By:_____/s/_____

Micah W. Hatley
P.O. Box 2113
302 W. Forrest Street
Victoria, Texas 77902
(361) 489-3481 P
(361) 597-3167 F
E-Mail: mwhatley.hatlawfirm@gmail.com

### CERTIFICATE OF SERVICE

This is to certify that on May 16, 2016 a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification to all CM/ECF participants in this case.

_____/s/_____
Micah W. Hatley