# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 02, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 16-40701   USA v. William Wallace
                       USDC No. 6:15-CR-30-1
                       USDC No. 6:15-CR-57-1

The court has granted the unopposed motion of William Chance Wallace to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, counsel may obtain the sealed materials from the District Court, *exclusive of any document that was filed under seal and ex parte*. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Angelique D. Batiste, Deputy Clerk
                              504-310-7715

Ms. Lauretta Drake Bahry
Mr. David J. Bradley
Mr. Micah Wayne Hatley
Ms. Carmen Castillo Mitchell