# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 06, 2017

Mr. Nathan Freed Wessler
American Civil Liberties Union Foundation
of New York
125 Broad Street
18th Floor
New York, NY 10004-2400

    No. 16-40701    USA v. William Wallace
    No. 16-40702    USDC No. 6:15-CR-30-1
                       USDC No. 6:15-CR-57-1

Dear Mr. Wessler,

A request for Panel Rehearing was included in your 6/5/17 **Petition for Rehearing En Banc** filing, which is not allowed. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Petitions for Rehearing En Banc and Panel Rehearing must not be incorporated in the same pleading, see 5TH CIR. R. 35.2.

We have manually filed the panel rehearing on the docket as of 6/5/17, but marked it deficient (separate notice sent).

You must change the title of your pleading to reflect Rehearing En Banc, remove all references to a panel rehearing within the pleading, and electronically submit the corrected Petition for Rehearing En Banc by 6/15/17. (see below)

Once you have prepared your sufficient rehearing en banc, you must email it to: **James_Demontluzin@ca5.uscourts.gov** for review. If the rehearing is in compliance, you will receive a notice of docket activity advising you that the sufficient rehearing has been filed. We will request paper copies at that time.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        James deMontluzin, Deputy Clerk
                                        504-310-7679

cc:  Ms. Lauretta Drake Bahry
     Mr. Micah Wayne Hatley
     Ms. Carmen Castillo Mitchell